**[J-81-2021]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 12 EAP 2021 |
| | : | |
| Appellee | : | Appeal from the Judgment of |
| | : | Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DANIEL DOUGHERTY, | : | |
| | : | |
| Appellant | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 24th day of November, 2021, upon consideration of the Suggestion of Death filed by counsel for Appellant, the appeal is **DISMISSED**. The Motion for Clarification is **DISMISSED AS MOOT**.

    Justices Donohue and Mundy did not participate in the consideration or decision of this matter.